FOSTER CUNLIFF et al. vs. PETER BOURS et al., 1748

D. Updike for the [Respondants]

J. Honyman advo pro Resp[ts]

J. Honymen Advo. pro Resp[t]

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Thursday the Eighth of September A. D. 1748.
Present the Hon[ble] Chambers Russell Esq[r] Judge The Court being opened.